UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
IN COURT
CHARLOTTE, N.C.
AUG 16 2006
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MISC. NO. |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | CRIMINAL COMPLAINT |
| | ) | |
| MARTIN ZAVALZA-DIAZ | ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the affidavit, the Motion to Seal and this Order and Criminal Complaint be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the affidavit, the Motion to Seal and this Order and Criminal Complaint be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Carl Horn, III
U.S. Magistrate Judge